WESLEY MEAD, ESQ.
THE MEAD LAW FIRM, P.C.
*Attorney for Defendants Dr. Ramy E. Hanna, M.D. & Bay Medical P.C.*
20-77 Steinway Street, Suite SL
Astoria, New York 11105
Tel: 866.306.5547 / Alt. Tel: 718.306.2107
Fax: 866.306.0337
*wmeadlaw@gmail.com*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

ALLSTATE INSURANCE COMPANY,    Civil Action No.:
ALLSTATE PROPERTY & CASUALTY INSURANCE    22-cv-279 WFK
COMPANY, ALLSTATE FIRE & CASUALTY INSURANCE
COMPANY, AND ALLSTATE INDEMNITY COMPANY,

Plaintiffs,

v.
ANTHONY ROSE, SR.,
RAMY E. HANNA, MD ,
BAY MEDICAL, P.C.,
MICHAEL GORELIK, D.C. ,
ARIEL CHIROPRACTIC, pc.,
CYRUS CHIROPRACTIC, P.c.,
PALM CHTROPRACTIC, P.c.,
ALEKSANDR BELOTSERKOVSKJY, L.Ac.,
BELAM ACUPUNCTURE, P.c.,
AMBEL ACUPUNCTURE, P.c.,
DAVID COLARUSSO, D.C. ,
MICHAEL S. MINICK, D.C.,
C&M CHIROPRACTIC, PC.,
COLIN CLARKE, MD.,
COLIN CLARKE, M.D., P.C.,
BASEM SALAH EL-DIN MANSOUR, PT,
BASEM MANSOUR P.T. P.C.
Defendants.
_____X

To: The Clerk of the Court, and all parties and their respective attorneys of record:

That the undersigned, an attorney duly admitted and authorized to practice law in this Court, appears for Defendants Dr. Ramy E. Hanna, M.D. & Bay Medical P.C., all notices and related court papers should be sent to the address listed herein.

Dated: February 14, 2022

_____/s/_____
By: Wesley Mead, Esq.
THE MEAD LAW FIRM, P.C.

## CERTIFICATE OF SERVICE

I, hereby certify that Defendants Dr. Ramy E. Hanna, M.D. & Bay Medical P.C.'s notice of appearance was served via ECF on February 14, 2022 upon the following.

King, Tilden, McEttrick & Brink, P.C.
350 Granite St., Ste 2204
Braintree, MA 021 84

All parties of record

Dated: February 14, 2022

_____/s/_____
Wesley Mead, Esq.