

KING, TILDEN, McETTRICK & BRINK, P.C.
Attorneys at Law

**Hugh C.M. Brady, Esq.**
Shareholder
Admitted in Massachusetts, New York, Southern
District of New York, & Eastern District of New York
hbrady@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
TEL 617.770.2214  FAX 617.774.1714

May 6, 2022

**VIA ECF ONLY**
Judge William F. Kuntz, II
United States Courthouse
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

Re: *Allstate Ins. Co. et al. v. Rose, Sr. et. al. 1:22-cv-00279-WFK-MMH*
Notice of Settlement In Principle

Dear Judge Kuntz:

  My firm represents Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Fire & Casualty Insurance Company, and Allstate Indemnity Company (collectively, "Allstate") in the above-referenced matter. Allstate submits the subject correspondence to notify this Honorable Court that Allstate has reached a settlement, in principle, with Defendants, Michael Gorelik, D.C., Ariel Chiropractic, P.C., Cyrus Chiropractic, P.C., and Palm Chiropractic, P.C.

  Upon completion of settlement, Allstate will be circulating a Stipulation of Voluntary Dismissal to the aforementioned defendants for execution forthwith. Thereafter, Allstate will be filing the Stipulation of Voluntary Dismissal as to its claims against Defendants, Michael Gorelik, D.C., Ariel Chiropractic, P.C., Cyrus Chiropractic, P.C., and Palm Chiropractic, P.C. Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your time and attention to this matter.

              Respectfully submitted,

              */s/ Hugh C.M. Brady, Esq.*

              Hugh C.M. Brady, Esq.

cc:  All parties of record (via ECF filing only)