UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>AND, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROSE,<br>RAMY E. HANNA, M.D.,<br>BAY MEDICAL, P.C.,<br>MICHAEL GORELIK, D.C.,<br>ARIEL CHIROPRACTIC, P.C.,<br>CYRUS CHIROPRACTIC, P.C.,<br>PALM CHIROPRACTIC, P.C.,<br>ALEKSANDR BELOTSERKOVSKY, L.AC.,<br>BELAM ACUPUNCTURE, P.C.,<br>AMBEL ACUPUNCTURE, P.C.,<br>DAVID COLARUSSO, D.C.,<br>MICHAEL MINICK, D.C.,<br>C&M CHIROPRACTIC, P.C.,<br>COLIN CLARKE, M.D.,<br>COLIN CLARKE, M.D., P.C.,<br>BASEM MANSOUR, P.T., AND,<br>BASEM MANSOUR, P.T., P.C.,<br><br>Defendants. | Civil Action No.<br>1:22-cv-00279-WFK-MMH |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and Defendants Aleksandr Belotserkovsky, L.Ac., Belam Acupuncture, P.C., and Ambel Acupuncture, P.C. that the above-captioned action is voluntarily dismissed with prejudice against

1

Defendants, Aleksandr Belotserkovsky, L.Ac., Belam Acupuncture, P.C., and Ambel Acupuncture, P.C without costs to any party.

[SIGNATURE PAGE FOLLOWS]

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| *Allstate Insurance Company,* | *Belam Acupuncture, P.C.* |
| *Allstate Indemnity Company,* | *Ambel Acupuncture, P.C.* |
| *Allstate Property & Casualty Insurance Company, and* | *Aleksandr Belotserkovsky, L.Ac* |
| *Allstate Fire & Casualty Insurance Company,* | By Their Attorneys: |
| By Their Attorneys: | |

/s/ *Shauna L. Sullivan* /s/ *Mark L. Furman*

Richard D. King, Jr. (RK8381)
Nathan A. Tilden (NT0571)
Shauna L. Sullivan (SS5624)
Hugh C.M. Brady (HB4724)
King, Tilden, McEttrick & Brink, P.C.
350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214 (phone)
(617) 774-1714 (fax)
rking@ktmpc.com
ntilden@ktmpc.com
ssullivan@ktmpc.com
hbrady@ktmpc.com

Mark L. Furman
Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara & Wolf, LLP
22 Donald Drive
Hastings-on-Hudson, NY 10706
(718) 215-5300 (phone)
(212) 279-0600 (fax)
mark@markfurmanlaw.com

Dated: November 10, 2022

The application is ✓ granted. ___ denied.
SO ORDERED,
**s/ WFK**
William F. Kuntz, II, U.S.D.J.
Dated: Nov 10, 2022
Brooklyn, New York

3