UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>AND, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROSE,<br>RAMY E. HANNA, M.D.,<br>BAY MEDICAL, P.C.,<br>MICHAEL GORELIK, D.C.,<br>ARIEL CHIROPRACTIC, P.C.,<br>CYRUS CHIROPRACTIC, P.C.,<br>PALM CHIROPRACTIC, P.C.,<br>ALEKSANDR BELOTSERKOVSKY, L.AC.,<br>BELAM ACUPUNCTURE, P.C.,<br>AMBEL ACUPUNCTURE, P.C.,<br>DAVID COLARUSSO, D.C.,<br>MICHAEL MINICK, D.C.,<br>C&M CHIROPRACTIC, P.C.,<br>COLIN CLARKE, M.D.,<br>COLIN CLARKE, M.D., P.C.,<br>BASEM MANSOUR, P.T., AND,<br>BASEM MANSOUR, P.T., P.C.,<br><br>Defendants. | Civil Action No.<br>1:22-cv-00279-WFK-MMH |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company, and Defendants, Basem Salah El-Din Mansour, P.T. and Basem Mansour P.T., P.C. that the above-captioned action is voluntarily dismissed with prejudice against Defendants, Basem Salah El-Din Mansour, P.T. and Basem Mansour P.T., P.C. without costs to any party.

1

Respectfully Submitted,

Plaintiffs,
*Allstate Insurance Company,*
*Allstate Indemnity Company,*
*Allstate Property & Casualty Insurance Company, and*
*Allstate Fire & Casualty Insurance Company,*
By Their Attorneys:

*/s/ Shauna L. Sullivan*
_____
Richard D. King, Jr. (RK8381)
Nathan A. Tilden (NT0571)
Shauna L. Sullivan (SS5624)
Hugh C.M. Brady (HB4724)
King, Tilden, McEttrick & Brink, P.C.
350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214
rking@ktmpc.com
ntilden@ktmpc.com
ssullivan@ktmpc.com
hbrady@ktmpc.com


Defendants,
*Basem Salah El-Din Mansour, P.T.*
*Basem Mansour P.T., P.C.*
By Their Attorneys:

*/s/ Robert E. Hewitt*
_____
Robert E. Hewitt
Schwartz, Conroy & Hack, PC
666 Old Country Road, 9th Floor
Garden City, NY 11530
(516) 745-1122 (phone)
(516) 745-0844 (fax)
reh@schlawpc.com


Dated: January 4, 2023

# CERTIFICATE OF SERVICE

I, Shauna L. Sullivan, hereby certify that on January 4, 2023, I caused to be served copies of the above Stipulation of Voluntary Dismissal with Prejudice via electronic mail upon the following:

| | |
|---|---|
| Wesley R. Mead<br>wmeadlaw@gmail.com<br>The Mead Law Firm, P.C.<br>20-77 Steinway Street<br>Suite SL, Astoria, NY 11105<br>(886) 306-5547 (phone)<br>(886) 306-0337 (facsimile)<br><br>*Attorney for Ramy Hanna, M.D., and*<br>*Bay Medical, P.C.* | Eric J. Warner<br>eric@ejwlawfirm.com<br>Law Office of Eric J. Warner, LLC<br>233 Mt. Airy Road<br>First Floor<br>Basking Ridge, NJ 07920<br>(908) 758-1313 (phone)<br>(908) 758-1201 (facsimile)<br><br>*Attorney for Colin Clarke, M.D., and*<br>*Colin Clarke, M.D., P.C.* |
| Paul S. Haberman<br>psh@paulhabermanlaw.com<br>Law Offices of Paul S. Haberman LLC<br>19 Engle Street<br>Tenafly, NJ 07648<br>(201) 564-0590 (phone)<br>(201) 564-2087 (facscimile)<br><br>*Attorney for Anthony Rose, Sr.* | Matthew J. Conroy<br>aja@schlawpc.com<br>Robert E. Hewitt, III<br>reh@schlawpc.com<br>Schwartz, Conroy & Hack, P.C.<br>666 Old Country Road<br>Suite 900<br>Garden City, NY 11530<br>(516) 745-1122 (phone)<br>(516) 745-0844 (fax)<br><br>*Attorneys for Basem Salah El-Din Mansour,*<br>*P.T., and Basem Mansour P.T., P.C.* |

Date: January 4, 2023

*/s/ Shauna L. Sullivan*

———————————————
Shauna L. Sullivan