UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROSE,<br>RAMY E. HANNA, M.D.,<br>BAY MEDICAL, P.C.,<br>MICHAEL GORELIK, D.C.,<br>ARIEL CHIROPRACTIC, P.C.,<br>CYRUS CHIROPRACTIC, P.C.,<br>PALM CHIROPRACTIC, P.C.,<br>ALEKSANDR BELOTSERKOVSKY, L.AC.,<br>BELAM ACUPUNCTURE, P.C.,<br>AMBEL ACUPUNCTURE, P.C.,<br>DAVID COLARUSSO, D.C.,<br>MICHAEL MINICK, D.C.,<br>C&M CHIROPRACTIC, P.C.,<br>COLIN CLARKE, M.D.,<br>COLIN CLARKE, M.D., P.C.,<br>BASEM MANSOUR, P.T., AND<br>BASEM MANSOUR, P.T., P.C.,<br><br>Defendants. | Civil Action No.<br>1:22-cv-00279-WFK-MMH |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company (collectively, "Allstate"), and Defendant, Anthony Rose, by and through their undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed, without prejudice, and without cost to any party.

1

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs,<br>*Allstate Insurance Company,*<br>*Allstate Indemnity Company,*<br>*Allstate Property & Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company,*<br><br>By Their Attorneys:<br><br>*/s/ Hugh C.M. Brady, Esq.*<br><br>_____<br>Hugh C. M. Brady, Esq.<br>King, Tilden, McEttrick & Brink, P.C.<br>350 Granite Street, Suite 2204<br>Braintree, MA 02184<br>hbrady@ktmpc.com<br>(617) 770-2214 (phone)<br>(617) 774-1714 (fax)<br><br><br>Dated:  July 1, 2024 | Defendant,<br>*Anthony Rose*<br><br>By His Attorney:<br><br><br><br><br><br>*/s/ Paul S. Haberman, Esq.*<br><br>_____<br>Paul S. Haberman, Esq.<br>The Law Offices of Paul S. Haberman LLC<br>19 Engle Street<br>Tenafly, NJ 07670<br>psh@paulhabermanlaw.com<br>(201) 564-0590 (phone)<br>(201) 767 2087 (fax)<br><br><br>Dated: July 1, 2024 |

SO ORDERED:

Dated:    Brooklyn, New York
            July 2   , 2024

**s/ WFK**

Kuntz, J.
United States District Judge

3

## CERTIFICATE OF SERVICE

       I, Hugh C.M Brady, hereby certify that on July 1, 2024, I caused to be served copies of the above Stipulation of Voluntary Dismissal via ECF and electronic mail upon the following:

>Paul S. Haberman
>psh@paulhabermanlaw.com
>Law Offices of Paul S. Haberman LLC
>19 Engle Street
>Tenafly, NJ 07648
>(201) 564-0590 (phone)
>(201) 564-2087 (facsimile)
>
>*Attorney for Anthony Rose, Sr.*

Date: July 1, 2024

                                 */s/ Hugh C.M. Brady, Esq.*
                                 _____
                                 Hugh C.M. Brady, Esq.
                                 Counsel for Plaintiffs